**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Emerlean Williams v. Riverside General Hospital, Inc.

Appellate case numbers:  01-13-00335-CV

Trial court case number:  2012-32441

Trial court:             11th District Court of Harris County

     Appellee's Motion for Rehearing is DENIED.


     It is so ORDERED.


Judge's signature: /s/ Jim Sharp
                 Acting for the Court


Date:  December 16, 2014


Panel consists of Justices Jennings, Higley, and Sharp.